UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMIAH JOSHUA PARK, <br><br> Plaintiff, <br><br> v. <br><br> COWLITZ COUNTY et al. <br><br> Defendants. | CASE NO. 3:11-cv-05097-BHS-JRC <br><br> ORDER |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the court to extend the time for his filing a "reply" to defendants' request to dismiss the complaint. The statement plaintiff refers to is in the answer as a prayer for relief (ECF No. 16, page 3 ¶ 8). That statement is not a motion that is properly before the court, it is simply part of the answer. There is no need to file a response and the motion for an extension of time is DENIED AS MOOT.

Dated this 11th day of August, 2011.

*(signature)*

J. Richard Creatura
United States Magistrate Judge

ORDER - 1