UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMIAH JOSHUA PARK,

                  Plaintiff,

     v.

COWLITZ COUNTY,

                  Defendant.

CASE NO. C11-5097-BHS-JRC

ORDER GRANTING
SUBSTITUTION OF COUNSEL

The motion to withdraw and substitute counsel for defendants (ECF No. 24) is GRANTED.  Michele C. Atkins of Fain, Anderson, Van Derhoef, PLLC is now attorney of record for defendant Cowlitz County.

Dated this 28th day of November, 2011.

J. Richard Creatura
United States Magistrate Judge